**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

SUSAN TODD FRANKS,

Debtor.

Case No. 15-33210-DHW
Chapter 13

**ORDER CONDITIONALLY GRANTING MOTION TO EXTEND STAY**

The debtor filed a motion (Doc. #6) under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for evidentiary hearing on November 30, 2015, after notice to all creditors. No objection to the motion was filed or advanced at the hearing. In accordance with the ruling of the court from the bench in open court, it is

ORDERED that the motion is GRANTED, and the stay is hereby EXTENDED as to all creditors. It is

FURTHER ORDERED that, commencing with the December 2015 payment, the stay as to the home mortgagee will terminate without further order of the court if the debtor does not make full payments to the trustee within the month payment is due.

Done this 1st day of December, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Gregory M. Pool, Attorney for Debtor
Curtis C. Reding, Trustee
All Creditors